## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:

YANET LAVADO,                                    Case No. 12-22144-RAM
   Debtors

_____/                Chapter 13

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and

Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via

certified mail on  this 1ST  day of  June 2012 to all parties on the attached service list.


               Respectfully Submitted:

               **ROBERT SANCHEZ, P.A.**
               **Attorney for Debtor**
               900 W 49th Street, Ste 500
               Hialeah, FL 33012
               Tel. (305) 687-8008

               By:*/s/Robert Sanchez*_____
                  Robert Sanchez, Esq., FBN#0442161


Nancy Herkert, Trustee
ECF Registered User

Ally Financial, Inc., f/k/a GMAC            Ally Bank Corporation, f/k/a GMAC
c/o Michael Carpenter, CEO               Corporation Services Company, R.A.
200 Renaissance Center                  1201 Hays Street
Detroit, MI 48265                        Tallahassee, FL 32301

Ally Financial, Inc., f/k/a GMAC
c/o Michael Carpenter, CEO
6985 Union Park Center, Suite 435
Midvale, UT 84047