**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-22144-RAM**

☐    2nd    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐    _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Yanet Lavado                        CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-9352         Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __36__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

     A.    $ 200.00 for months 1 to 36 ;
     B.    $_____ for months _____ to _____ ;
     C.    $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:     Attorney's Fee    $ 3,650.00 + $700.00 (Motion to Value) = $4,350.00
                        TOTAL PAID      $2,000.00
                        Balance Due       $ 2,350.00 payable $ 130.56 month (Months 1 to 18 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                Arrearage on Petition Date $_____
Address _____                Arrears Payment $_____/month (Months___ to ___)
                                       Arrears Payment $_____/month (Months___ to ___)
                                       Regular Payment $_____/month (Months___ to ___)

2. _____                           Arrears Payment $_____
                                       Arrears Payment $_____/month (Months___ to ___)
                                       Regular Payment $_____/month (Months___ to ___)
                                       Arrears Payment $_____/month (Months___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| GMAC Mortgage Loan No. xxxx3705 Prop Add: 6369 NW 173 St Hialeah, FL 33015 | $115,634.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a                            Total Due $_____
                               Payable $_____/month (Months ___ to ___)

Unsecured Creditors: Pay $ 49.44 month (Months 1 to 18 ). Pay $180.00/mo (Mos 19 to 36)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :The debtor is paying Chase Home Loan (Loan No. xxxxx0450) directly outside the plan. The debtor will provide copies of her income tax returns to the chapter 13 trustee on or before May15 during the pendency of the plan. The debtor will amend schedule I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 10/17/12