U.S. BA[illegible] DISTRI[illegible]

OCT 24 2016

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Case No. 12-22144-BKC-RAM

Yanet Lavado Chapter 13

_____________Debtor_____________/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, **Adams & Cohen, LLC**, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $961.08, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of Yanet Lavado. Applicant further states that:

1. (Indicate one of the following items:)

____ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

______ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

_______ Applicant is the duly authorized representative for the business or

corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

_X_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

____ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 10-22-16

Yanet Lavado
Name Under Which Funds Were Deposited

Scheduled
Claim Number

Yanet Lavado
Name of Party On Whose Behalf Application Was Filed*

Address: 6369 NW 173rd Street
Hialeah, FL 33015

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# ____________

Tax ID (EIN #) 2751

Jairo Camargo/ Manager
Print Name and Title of Applicant

Adams & Cohen, LLC
Print Company Name

P.O. Box 546293
Print Street Address

Miami Beach, FL 33154
Print City and State

(888) 978-9990
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on 10-22-2016

NOTARY PUBLIC, AT LARGE
STATE OF Florida

ALIX ULYSSE
Notary Public - State of Florida
My Comm. Expires Apr 24, 2017
Commission # FF 11963

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Case No. 12-22144-BKC-RAM

Yanet Lavado Chapter 13

Debtor /

OCT 24 2016

## AFFIDAVIT OF CLAIMANT

I, Yanet Lavado, am (indicate status of claimant)

( ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to Adams & Cohen, LLC, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" ________ ; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to Adams & Cohen, LLC, a "funds locator" or attorney, to submit an application on my behalf; or

( X ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to Adams & Cohen, LLC, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to Adams & Cohen, LLC, a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $961.08 deposited in this court in the name of Yanet Lavado and representing claim number Scheduled (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these

funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 10/21/2016

signature of claimant or representative of "business" claimant

Yanet Lavado
print name

Debtor
title

9352
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

6369 NW 173rd Street, Hialeah, FL 33015
address

786-547-2258
Phone number

n/a
signature of joint debtor (if applicable)

print name

Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

Sworn to and Subscribed before me on 10-21-16.

NOTARY PUBLIC, AT LARGE

STATE OF Florida

NOTARY PUBLIC STATE OF FLORIDA
Jairo Camargo
Commission # FF928830
Expires: November 8, 2019
Bonded thru Aaron Notary

## LIMITED POWER OF ATTORNEY
**(For one transaction only)**

**I, Yanet Lavado** "CLIENT") appoints **Adams & Cohen, LLC** ("A&C") as its lawful attorney-in-fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount **$961.08** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds held by a governmental agency or authority.

CLIENT grants to A&C the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the government agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT less the fee payable to A&C pursuant to and in accordance with its agreement with CLIENT.

This Limited Power of Attorney is specifically limited to the collection and disbursement of the above-named funds and shall become effective on the date signed and will expire upon collection of the above-mentioned FUNDS. I authorize the use of a photocopy of this Power of Attorney, in lieu of the original.

I do hereby certify that the foregoing is true and correct.

[signature]
Signature

======================================================================

## NOTARY ACKNOWLEDGMENT

State of FLORIDA

County of MIAMI-DADE

SUBSCRIBED AND SWORN on the 21st day of OCTOBER, 2016 before me, personally appeared YANET LAVADO, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification provided by the above named was:** FL DL

WITNESS my hand and official seal,

Signature [signature]
Notary Public

My commission expires:

NOTARY PUBLIC STATE OF FLORIDA
Jairo Camargo
Commission # FF928830
Expires. November 8, 2019
Bonded thru Aaron Notary

SEAL

NOTARY PUBLIC STATE OF FLORIDA
Jairo Camargo
Commission # FF928830
Expires. November 8, 201-
Bonded thru Aaron Notary

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**IN RE:**

**CASE NO.: 12-22144-BKC-RAM**
PROCEEDING UNDER CHAPTER 13

YANET LAVADO

DEBTOR /

**NOTICE OF DEPOSIT OF FUNDS WITH THE UNITED STATES BANKRUPTCY COURT CLERK**

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$1,317.96** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before pressenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: JUN 1 2016

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

YANET LAVADO
6369 NW 173 ST
HIALEAH, FL 33015

US DEPT OF EDUCATION
PAYMENT CENTER
PO BOX 530260
ATLANTA, GA 30353-0260

ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL 33012

YANET LAVADO
6369 NW 173 ST
HIALEAH, FL 33015

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH THE UNITED STATES BANKRUPTCY COURT CLERK**

**ATTACHMENT - LISTING OF CLAIMANT**

**CASE NO.: 12-22144-BKC-RAM**

US DEPT OF EDUCATION
PAYMENT CENTER
PO BOX 530260
ATLANTA, GA 30353-0260

$356.88

UNDELIVERABLE/STALE
CLAIM REGISTER# 2

YANET LAVADO
6369 NW 173 ST
HIALEAH, FL 33015

$961.08