ORDERED in the Southern District of Florida on Nov. 21, 2016

Robert A. Mark, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Case No. 12-22144-BKC-RAM

**Yanet Lavado**

Chapter 13

Debtor /

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application by **ADAMS & COHEN, LLC** on behalf of Yanet Lavado and in accordance with the provisions of 28 U.S.C. §2042 and Local Rule 3011-1(D), it is

**ORDERED** that, following review by the clerk of the sufficiency of the Application to Withdraw Unclaimed Funds and all supporting documents submitted, the clerk is directed to remit to Yanet Lavado and, if applicable, the "funds locator" or attorney submitting the application, **ADAMS & COHEN, LLC** the sum of $961.08 now held as unclaimed funds in the treasury for the original claimant Yanet Lavado.

If the applicant is a "funds locator" or attorney, the check for these funds shall issue in the name of the party on whose behalf the funds are being claimed and the "funds locator" or attorney.

###

**Copies to:**
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)